# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2575 Disciplinary Docket No. 3 |
| | : | |
| MICHAEL ORJI-NWOSU | : | Board File No. C2-19-48 |
| | : | |
| | : | (Supreme Court of Texas, Misc. Docket |
| | : | No. 09-9079) |
| | : | |
| | : | Attorney Registration No. 92140 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2019, upon consideration of a response to a Notice and Order directing Michael Orji-Nwosu to provide reasons against the imposition of a disbarment reciprocal to that imposed by the Supreme Court of Texas, Michael Orji-Nwosu is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.